PD-0895-15

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 04 2015

Abel Acosta, Clerk

Dear Abel Acosta, Clerk

RE: Tr. ct. No. 1031532
    COA No. 02-15-00145-CR
    PD-0895-15


    On 9/23/15 you sent me notice that my PDR had been received and filed.


    I never recieved notice to my pro-se Rule 2 motion to suspend Rule 68.11 Tex. R. App. P. It was attached to the PDR. Id be thankful for any update on this.

                    Thank You,


    Sincerely,


    Johnathan Cooper #1862306
    Robertson Unit
    12071 F.M. 3522
    Abilene, TX 79601

                    October 30, 2015